No. 78–1545. ZIPES ET AL. *v.* TRANS WORLD AIRLINES, INC.; and

No. 80–951. INDEPENDENT FEDERATION OF FLIGHT AT-TENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 450 U. S. 979.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 80–203. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* CURRAN ET AL. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motion of Rosenthal & Co. for leave to file a brief as *amicus curiae* denied.

No. 80–1464. WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* ENERGY ACTION EDUCATIONAL FOUNDATION ET AL. C. A. D. C. Cir. [Certiorari granted, 450 U. S. 1040.] Motion of respondents for leave to file affidavits from officers of independent oil companies after argument denied.

No. 80–5889. SANTOSKY ET AL. *v.* KRAMER, COMMIS-SIONER, ULSTER COUNTY DEPARTMENT OF SOCIAL SERV-ICES, ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. [Certiorari granted, 450 U. S. 993.] Motion of the Attorney General of New York for leave to participate in oral argu-ment as *amicus curiae* and for divided argument denied.

No. 81–5634. TISON ET AL. *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioners to expedite consideration of the petition for writ of certiorari and to consolidate this case with No. 81–5321, *Enmund* v. *Florida* [certiorari granted, *ante,* p. 939], denied.

No. 81–325. BLANDING ET AL. *v.* DUBOSE ET AL. D. C. S. C. Motion of the Sumter County appellees to strike the brief of the United States is denied with leave of the Sumter County appellees to file a brief in response to the brief of the Solicitor General on or before November 16, 1981.